IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| RODREQUS Q TODD SR., | ) | NO.: 17-81055 |
| LATOCHA Y. TODD, | ) | |
| | ) | CHAPTER 7 |
| Debtors, | ) | |
| | ) | JUDGE: THOMAS L. PERKINS |
| | ) | |
| | ) | |

## **MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES Wells Fargo Bank, N.A. by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay heretofore entered on the property located at 818 West Gift Avenue, Peoria, Illinois 61604 be Modified stating as follows:

1. On July 21, 2017, the above captioned Chapter 7 was filed.

2. Wells Fargo Bank, N.A. services the first mortgage lien on the property located at 818 West Gift Avenue, Peoria, Illinois 61604.

3. The debt is based on a September 30, 2004, Mortgage and Note in the original sum of $66,500.00.

4. As of August 18, 2017 the funds necessary to pay off Wells Fargo Bank, N.A. on the above captioned account were approximately $57,818.85. Additional interest advances and charges may have accrued under the security instrument through the presentment of this motion. According to the Appraisal dated July 10, 2017, the market value of said property is $45,000.00.

5. As of August 18, 2017, the account is currently due and owing to Wells Fargo Bank, N.A. for the June 2017 current mortgage payment and those thereafter.

6. The Debtors have no equity in the property located at 818 West Gift Avenue, Peoria, Illinois 61604 for the benefit of unsecured creditors.

7. Wells Fargo Bank, N.A. continues to be injured each day it remains bound by the Automatic Stay.

8. Wells Fargo Bank, N.A. is not adequately protected.

9. The property located at 818 West Gift Avenue, Peoria, Illinois 61604 is not necessary for the Debtors' reorganization.

10. Wells Fargo Bank, N.A. services the underlying mortgage loan and note for the property referenced in this Motion for Relief for Wells Fargo Bank, N.A. (the noteholder) and is entitled to proceed accordingly.  Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the Debtors obtain a discharge and a foreclosure action is commenced or recommended, said foreclosure action will be conducted in the name of Wells Fargo Bank, N.A.(the noteholder).

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) should be waived as not applicable, and such other relief as this Court deems just.

Wells Fargo Bank, N.A.

McCalla Raymer Leibert Pierce, LLC

By:    /s/Kinnera Bhoopal
     Kinnera Bhoopal
     Illinois Bar No. 6295897
     Attorney for Creditor
     1 N. Dearborn Suite 1200
     Chicago, IL  60602
     Phone:  (312) 346-9088
     Fax:  (312) 551-4400
     Email: ILpleadings@mrpllc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| RODREQUS Q TODD SR., | ) NO.: 17-81055 |
| LATOCHA Y. TODD, | ) |
| | ) CHAPTER 7 |
| Debtors, | ) |
| | ) JUDGE: THOMAS L. PERKINS |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I, the undersigned Attorney, Certify that I served a copy of this Motion to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602 at 5:00 P.M. on August 25, 2017, with proper postage prepaid.

        McCalla Raymer Leibert Pierce, LLC

        */s/Kinnera  Bhoopal*
        Kinnera  Bhoopal
        ARDC# 6295897

        1 N. Dearborn Suite 1200
        Chicago, IL 60602
        (312) 346-9088

File No. WELLSB-17-41554

## SERVICE LIST

To Trustee:  *by Electronic Notice through ECF*
Charles E. Covey
416 Main Street, Suite 700
Commerce Bank Building
Peoria, IL 61602-1180

To U.S. TRUSTEE:  *by Electronic Notice through ECF*
Office Of Nancy J. Gargula U.S. Trustee
401 Main St #1100
Peoria, Illinois 61602

To Debtor:
Rodrequs Q Todd, SR.  *Served via U.S. Mail*
LaTocha Y. Todd
818 WEST GIFT AVENUE
Peoria, IL 61604

To Attorney:  *by Electronic Notice through ECF*
Karl R Niebuhr, Esq.
Post Office Box 10407
Peoria, IL 61612

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088
File No. WELLSB-17-41554