**IT IS SO ORDERED.**

**SIGNED THIS: September 12, 2017**

*(signature)*

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| RODREQUS Q TODD SR., | ) | NO.: 17-81055 |
| LATOCHA Y. TODD, | ) | |
| | ) | CHAPTER 7 |
| Debtors, | ) | |
| | ) | JUDGE: THOMAS L. PERKINS |
| | ) | |
| | ) | |

**ORDER MODIFYING STAY**

This cause coming to be heard on the Motion of Wells Fargo Bank, N.A., a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED that the Automatic Stay in the case is modified and leave is hereby granted to Wells Fargo Bank, N.A. and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 818 West Gift Avenue, Peoria, Illinois 61604.

Bankruptcy Rule 4001 (a)(3) is waived and not applicable.

Any Claims and/or Stipulations filed by this Creditor are vacated.

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

File #: WELLSB-17-41554

###